# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN D. TURNER, AI4237,<br>  Plaintiff,<br>  v.<br>L. NOLAN, et al.,<br>  Defendants. | Case No. 17-cv-01486-CRB (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order granting defendants' motion for summary judgment and denying plaintiff's motions related to his request for preliminary injunctive relief, judgment is entered in favor of defendants and against plaintiff.

The clerk is directed to close the case and terminate all pending motions.

**IT IS SO ORDERED**.

Dated: April 19, 2018

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN D. TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>L. NOLAN, et al.,<br><br>        Defendants. | Case No. 3:17-cv-01486-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin D. Turner ID: AI-4237
Pelican Bay State Prison A2-211
P.O. Box 7500
Crescent City, CA 95532

Dated: April 19, 2018

                                       Susan Y. Soong
                                       Clerk, United States District Court

                                       By:_____
                                       Lashanda Scott, Deputy Clerk to the
                                       Honorable CHARLES R. BREYER